**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 05-6408

———————————

JEROME LEE BORDERS,

  Petitioner - Appellant,

versus

UNITED STATES OF AMERICA,

  Respondent - Appellee.

———————————

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Graham C. Mullen, Chief District Judge.  (CA-04-194-5-2-MU)

———————————

Submitted:  October 20, 2005      Decided:  October 26, 2005

———————————

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Jerome Lee Borders, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerome Lee Borders, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Borders v. United States, No. CA-04-194-5-2-MU (W.D.N.C. Feb. 22, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED